## VANCE V. L. & N. R. R. CO.

*Damages.*

(Decided Nov. 21, 1907.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

ROBERT N. BELL, and ROBISON BROWN, for appellant.

FOSTER & OLIVER, for appellee.

Affirmed.　Opinion by DENSON, J.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.